**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 06, 2015

Ms. Sandra Hanshaw Burink
Hanshaw Burink
112 W. Washington Street
Suite A
Marquette, MI 49855

Re: Case No. 15-1532, *Donna Soltis v. J.C. Penney Corporation, Inc., et al*
Originating Case No. : 2:13-cv-00323

Dear Counsel,

   This appeal has been docketed as case number **15-1532** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 20, 2015**.

Appellant:   Appearance of Counsel
             Civil Appeal Statement of Parties & Issues
             Transcript Order
             Disclosure of Corporate Affiliations
             Application for Admission to 6th Circuit Bar (if applicable)


Appellee:    Appearance of Counsel
             Disclosure of Corporate Affiliations
             Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

>   Sincerely yours,
>
>   s/Cheryl Borkowski
>   Case Manager
>   Direct Dial No. 513-564-7035

cc:  Mr. Mark Vincent Heusel  **Please make sure your address information is correct in the ecf system..

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 15-1532

DONNA SOLTIS

      Plaintiff - Appellant

v.

J.C. PENNEY CORPORATION, INC.; BRIAN APSEY

      Defendants - Appellees